MINUTE ENTRY
NORTH, MJ
APRIL 1, 2015

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL |
| VERSUS | NO. 15-061 |
| HENRY EVANS | SECTION E |

## CRIMINAL ARRAIGNMENT

APPEARANCES: X  DEFENDANT
                 X  COUNSEL FOR DEFENDANT   ROBERT HABANS  _Jan K. Frankowski for_
                 X  ASSISTANT U.S. ATTORNEY   PATRICE SULLIVAN
                 ___ INTERPRETER _____ SWORN
                 (TIME: _____ .M to _____ .M)

X / READING OF THE INDICTMENT: READ ~~WAIVED~~ SUMMARIZED
X / DEFENDANT ADVISED OF THE MAXIMUM PENALTY
X / DEFENDANT PLEADS NOT GUILTY TO ALL COUNTS
X / DEFENDANT GIVEN FOURTEEN DAYS TO FILE SPECIAL PLEADINGS

__/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

X / DEFENDANT RELEASED ON ORIGINAL BOND

__/ BAIL SET AT _____

__/ DEFENDANT RELEASED ON NEW BOND

__/ OTHER: _____

**NOTICE:**  X / PRE-TRIAL CONFERENCE: **MAY 14, 2015 AT 1:00 P.M.**

**BEFORE UNITED STATES DISTRICT JUDGE SUSIE MORGAN**

X / TRIAL:  **JUNE 8, 2015 AT 9:00 A.M.**

**BEFORE UNITED STATES DISTRICT JUDGE SUSIE MORGAN**

MJSTAR: 00: 02