UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIM NO.: 15-61** |
| **VERSUS** | * | **SECTION: E** |
| **ERICA EDWARDS** | * | **MAGISTRATE: 5** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION TO WITHDRAW AS COUNSEL OF RECORD
WITH INCORPORATED SUPPORTING MEMORANDUM**

**NOW INTO COURT**, comes undersigned counsel, who respectfully moves the court to withdraw as counsel. Unfortunately, Ms. Edwards' employment status has rendered her incapable of funding an adequate defense.

Originally, undersigned counsel was retained counsel. As of May 11, 2015, Ms. Edwards' employment status was downgraded to leave without pay with Humana. Then today she received notice her employment was terminated effective immediately.

To make ends meet to support herself and her minor son, she works sparingly as a PRN (as needed) nurse at the New Orleans East Hospital. She does not have a set schedule and accepts any shift available. Due to her work status, she is not capable of financing an adequate defense. Therefore, undersigned counsel moves to withdraw as counsel.

WHEREFORE, undersigned counsel prays that his motion be granted.

Respectfully submitted,

/s/Marion D. Floyd
MARION D. FLOYD (22902)
2214 Third St., Suite A
Kenner, LA 70062
Phone:  (504) 467-3010
Fax:     (504) 467-3020

Email:  floydmar@bellsouth.net

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed a copy of the foregoing pleading with the Clerk of Court via the CM/ECF system which will forward electronic notice all counsel of record on the 29th day of May, 2015 and to Ms. Erica Edwards personally.

/s/Marion D. Floyd
MARION D. FLOYD