UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET |
| VERSUS | NO: 15-61 |
| LISA CRINEL, ET AL. | SECTION E<br>MAG. 5 |

## MOTION AND INCORPORATED MEMORANDUM TO WITHDRAW AS COUNSEL OF RECORD

Charles D. Marshall, III, Walter F. Becker, Jr., and the firm of Chaffe, McCall, L.L.P. hereby move for an order permitting them to withdraw as counsel of record for Defendants, Lisa Crinel and PCAH, Inc. in this matter. This motion to withdraw is being filed at the request of the Defendants. The Defendants have retained other counsel of record (Herb Larson, Jr. and Sara Johnson) to represent them in this matter, and therefore, the granting of this motion will not cause any delay. The Defendants have been notified of all pending deadlines and court appearances in this matter.

**WHEREFORE**, for the reasons contained herein, undersigned counsel requests that this Honorable Court grant this motion to withdraw as counsel of record.

        Respectfully submitted,

        */s/ Charles D. Marshall, III*
        Charles D. Marshall, III., T.A. (Bar Roll No. 27564)
        Walter F. Becker, Jr. (LA. Bar No. 1685)
        **CHAFFE McCALL, L.L.P.**
        2300 Energy Centre
        1100 Poydras Street

New Orleans, LA 70163-2300
Telephone: (504) 585-7000
**Counsel for Lisa Crinel and PCAH, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 3rd day of August, 2015, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by hand delivery, facsimile, email and/or ECF filing.

/s/ *Charles D. Marshall, III*